WILLIAM HARRIGAN, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued June 20, 1894; decided October 9, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

---

* Reported below, 67 Hun, 401.

*James C. Church* for appellant.

*Henry Yonge* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.